IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>            Plaintiff,<br><br>      vs.<br><br>LINDSAY FOODS INTERNATIONAL,<br><br>            Defendant. | **Case No. 1:07-cv-00842 GSA**<br><br>ORDER REGARDING STIPULATION RELATING TO ANSWER TO FIRST AMENDED COMPLAINT<br><br>(Document 23) |

    On November 7, 2007, the parties to this action, through their legal counsel, appeared at a scheduling conference in this matter.  During the scheduling conference, Plaintiff requested leave to file a First Amended Complaint for the purpose of amending the amount in controversy.  Defendant did not object to Plaintiff's request, and the Court granted Plaintiff leave to amend the complaint. (Document 21.)

    On November 8, 2007, Plaintiff filed a First Amended Complaint.  (Document 22.)  Pursuant to the parties' stipulation at the scheduling conference and to their written stipulation filed with this Court on November 8, 2007, the Defendant need not file an answer to the First Amended Complaint

and the answer currently on file will stand as the operative answer to the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **November 13, 2007**                               **/s/ Gary S. Austin**
                                                                                   UNITED STATES MAGISTRATE JUDGE