IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) LINDSAY FOODS INTERNATIONAL, ) ) Defendant. ) _____ ) | **Case No. 1:07-cv-00842 GSA**<br><br>ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT<br><br>(Document 28) |

On December 26, 2007, the parties to this action, through their legal counsel, filed a document entitled "Stipulated Motion for Entry of Judgment." (Document 28.) In the motion, the parties stipulated to the Court's entering judgment in favor of Plaintiff Union Pacific Railroad Company ("Plaintiff") in the total amount of $34,669.00. The parties explained that Plaintiff filed a Motion for Sanctions requesting the entry of judgment against Defendant Lindsay Foods International ("Defendant") based on the failure of Defendant to provide Rule 26 disclosures. (Document 27.) In response to the sanctions motion, Defendant was willing to consent to a judgment in favor of Plaintiff and against Defendant in the total amount of $34,669.00.

Based on the stipulation of the parties, and good cause appearing, the Stipulated Motion for

1  Entry of Judgment is hereby GRANTED.  The Clerk of the Court is directed to enter judgment in
2  favor of Plaintiff Union Pacific Railroad Company and against Defendant Lindsay Foods
3  International in the total amount of $34,669.00.
4      It is further ORDERED that the Motion for Sanctions filed by Plaintiff Union Pacific
5  Railroad Company on December 19, 2007, is hereby VACATED as moot.  (Document 27.)

9      IT IS SO ORDERED.
10     Dated:   **December 27, 2007**                    /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE